# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ANTHONY DEMETRIUS GARLAND,

    Plaintiff,

v.                                                      CASE NO. 4:13cv33-RH/CAS

JON S. WHEELER, JUDGE SHELFER,
BOB INZER, and THOMAS D. HALL,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4, and the objections, ECF No. 5. I have reviewed *de novo* the issues raised by the objections.

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on February 24, 2013.

                                        s/Robert L. Hinkle
                                        United States District Judge